FILED

08 JUL 31 AM 10: 31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Francisco FERNANDEZ-Sanson,<br>Defendant. | ) | Mag. Case No. '08 MJ 2348<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about July 30, 2008, within the Southern District of California, defendant Francisco FERNANDEZ-Sanson, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States, near the Calexico Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security(Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF JULY 2008.

JAN M. ADLER
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Francisco FERNANDEZ-Sanson

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, Jeffrey Bottcher, that the defendant was found and arrested on or about July 30, 2008, approximately 3.5 miles east of the Calexico, California Port of Entry.

At approximately 5:30 A.M. the Remote Video Surveillance (RVS) Camera operator observed three individuals climb over the International Boundary Fence. The RVS operator observed the individuals climb down the fence, run north across Anza Road and enter the Bravo Ranch, just east of Calexico, California. BPA Bottcher responded to the area and approached the individuals, one of them later identified as Francisco FERNANDEZ-Sanson. BPA Bottcher identified himself as a Border Patrol Agent and questioned the individuals as to their immigration status in the United States. BPA Bottcher determined that Francisco FERNANDEZ-Sanson and the other subjects are citizens of Mexico with no immigration documents to be in the United States legally. FERNANDEZ and the other subjects were placed under arrest.

Record checks revealed that an Immigration Judge ordered FERNANDEZ deported to Mexico from the United States on November 14, 1994. Record checks also revealed that FERNANDEZ has a criminal record.

BPA Rene Contreras read FERNANDEZ his rights as per Miranda and was witnessed by BPA Angel Trujillo.

FERNANDEZ stated that he is a citizen of Mexico with no legal immigration documents to be in the United States legally. FERNANDEZ stated that he last entered the United States by climbing over the International Boundary Fence. FERNADEZ stated he had been deported before. There is no evidence that FERNANDEZ sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the

United States after being deported. FERNANDEZ finally stated that he intended to go to Los Angeles, California.